## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

_____

| | |
|---|---|
| DANA C. GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-CV-2236 |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A Report and Recommendation (#31) was filed by Magistrate Judge David G. Bernthal in the above cause on May 18, 2011. On May 27, 2011, Plaintiff Dana C. Gray filed his Objection to Report and Recommendation (#32). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#31). This court agrees that Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint (#28) should be GRANTED and Plaintiff's petition for leave to file an amended complaint (#30) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#31) is accepted by this court.

(2) Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint (#28) is GRANTED.

(3) Plaintiff's Renewed Petition for Leave to File Amended Complaint Asserting Negligence (#30) is GRANTED. Plaintiff is instructed to comply with Judge Friedman's order in his Suggestion of Remand. Plaintiff may only bring claims for common law negligence and strict products liability arising under state law. Plaintiff must adequately plead a basis for this Court's subject matter jurisdiction.

(3)This case is referred to Judge Bernthal for further proceedings.

ENTERED this 18th day of July, 2011.

                        **s/Michael P. McCuskey**

                        MICHAEL P. McCUSKEY
                      CHIEF U.S. DISTRICT JUDGE